ACCEPTED
05-17-00900-cv
FIFTH COURT OF APPEALS
DALLAS, TEXAS
3/26/2018 5:07 PM
LISA MATZ
CLERK

No. 05-17-00900-CV
No. 05-17-00901-CV
No. 05-17-00902-CV
No. 05-17-00903-CV

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
03/26/2018 5:07:22 PM
LISA MATZ
Clerk

# IN THE COURT OF APPEALS
# FOR THE FIFTH DISTRICT OF TEXAS
# AT DALLAS, TEXAS

**TERRY C. SHELTON,**
**APPELLANT**

**v.**

**THE STATE OF TEXAS,**
**APPELLEE**

## STATE'S FIRST MOTION FOR EXTENSION
## OF TIME TO FILE ITS BRIEF

**TO THE HONORABLE COURT OF APPEALS:**

The State of Texas, by and through the Criminal District Attorney of Dallas County, respectfully requests this Honorable Court to extend the time for filing the State's brief. In support of this motion, the State shows the following:

I.

Appellant was indicted by a Dallas County grand jury of four separate offenses of aggravated robbery. (CR1: 6; CR2: 5; CR3: 7; CR4: 7).[1] Appellant pled guilty and was assessed a punishment of 50 years' incarceration in each cause to

---

[1] For convenience, the clerk's record for cause number F09-20518 (Appeal No. 05-17-00900-CV) will be referred to as "CR1," the clerk's record for cause number F09-73040 (Appeal No. 05-17-00901-CV) will be referred to as "CR2," the clerk's record for cause number F10-21198 (Appeal No. 05-17-00902-CV) will be referred to as "CR3," and the clerk's record for cause number F10-55874 (Appeal No. 05-17-00903-CV) will be referred to as "CR4."

run concurrently. (CR1: 20; CR2: 13; CR3: 22; CR4: 16). Six years later, Appellant filed with the trial court a motion to rescind withdrawal of funds from his inmate trust account and restore funds. (CR1: 48–54; CR2: 22–28; CR3: 28–34; CR4: 26–32). The trial court subsequently denied the motion. (CR1: 95; CR2: 69; CR3: 75; CR4: 74). Appellant timely filed notice of appeal in each cause. (CR4: 85). These appeals follow.

## II.

Appellant filed his brief in this Honorable Court on February 26, 2018. The State's brief is due March 28, 2018. This is the State's first request for an extension of time. This case is not set for submission.

## III.

This extension is not sought for the purpose of delaying this appeal. Rather, in addition to other responsibilities—including Public Information Act requests—Counsel has recently submitted responses and letter briefs to this Honorable Court in *In re Juan Suarez*, 05-18-00191–00193-CV; *In re Quincey Blakely*, 05-18-00212-CV; and *Quincy Blakely v. State*, 05-18-00064-CR. Counsel needs additional time to conduct the necessary research and review of the entire record to adequately respond to Appellant's contentions.

For all the foregoing reasons, the State respectfully requests that this Court extend the State's deadline for filing the State's brief until April 28, 2018.

Respectfully submitted,

FAITH JOHNSON
Criminal District Attorney
Dallas County, Texas

/s/ *Ricardo Vela, Jr.*_____
RICARDO VELA, JR.
Assistant District Attorney
State Bar Number 24072800
Frank Crowley Building
133 N. Riverfront Blvd., LB-19
Dallas, Texas 75207-4399
(214) 653-3625 (phone)
(214) 653-3643 (fax)
ricardo.vela@dallascounty.org

## CERTIFICATE OF SERVICE

I, Ricardo Vela, Jr., Assistant District Attorney, hereby certify that a true copy of the foregoing motion has been served on Terry C. Shelton via US Mail to A.B. Polunsky Unity, 3872 FM 350 South, Livingston, Texas 77351, on March 27, 2018.

/s/ *Ricardo Vela, Jr.*_____
RICARDO VELA, JR.
Assistant District Attorney